**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
POWX INC.,

                    Plaintiff,

              -against-

PERFORMANCE SOLUTIONS, LLC,

                    Defendant.

_____

PERFORMANCE SOLUTIONS, LLC,

                Counter-Plaintiff,
          -against-

POWX INC., TARTER KRINSKY & DROGIN
LLP, ISRAEL LAUFER, THE LAUFER GROUP
INC., ALBION PLACE INC., IL DEALS INC.,
and QTEST INC,

             Counter-Defendants.
-----------------------------------------------------------------X

24 **CIVIL** 1389 (MMG)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated March 03, 2026, PowX's claims against Performance Solutions are DISMISSED pursuant to Federal Rule of Civil Procedure 41(b). Default Judgment is entered against PowX, The Laufer Group Inc., Albion Place Inc., Il Deals Inc, and QTest Inc. Performance Solutions is awarded $1,144,416.42 in damages and $650,992.00 in attorneys' fees.

**DATED**: New York, New York

     March 5, 2026

                             **TAMMI M. HELLWIG**
                             _____
                               **Clerk of Court**

              **BY:**
                             _____
                               **Deputy Clerk**