USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/10/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POWX, INC.,

                              Plaintiff,

-against-

PERFORMANCE SOLUTIONS, LLC,

                              Defendant.

24-CV-01389 (MMG)

**ORDER**

PERFORMANCE SOLUTIONS, LLC,

                              Counter-Plaintiff,

-against-

POWX INC., TARTER KRINSKY & DROGIN
LLP, ISRAEL LAUFER, THE LAUFER GROUP,
INC. ALBION PLACE INC., IL DEALS INC., and
QTEST INC.,

                              Counter-Defendants.

MARGARET M. GARNETT, United States District Judge:

On May 16, 2025, Performance Solutions, LLC ("Performance Solutions") filed Supplemental Counterclaims against PowX, Tarter Krinsky & Drogin LLP ("Tarter Krinsky"), Israel Laufer, The Laufer Group Inc., Albion Place Inc., Il Deals Inc., and QTest Inc. *See* Dkt. Nos. 113–14.  On July 1, 2025, the Court stayed Tarter Krinsky's deadline to respond to the counterclaims until Performance Solutions' claims against PowX were adjudicated or otherwise terminated.  Dkt. No. 159.  On March 3, 2026, the Court issued an Opinion & Order dismissing PowX's claims against Performance Solutions, granting Performance Solutions a default judgment on its counterclaims, and holding PowX in contempt for violating Court orders.[1]  Dkt. No. 209.  Accordingly, Performance Solutions' claims against PowX have now been adjudicated and the stay of Tarter Krinsky's deadline to respond to the Complaint is lifted.

Tarter Krinsky must respond to the Complaint by no later than **May 9, 2026**.  Pursuant to Federal Rule of Civil Procedure 12(b), Tarter Krinsky is entitled to move to dismiss the Complaint before filing an answer.  A decision on whether to convert the motion to one for summary judgment pursuant to Federal Rule of Civil Procedure 12(d) would be premature before any motion to dismiss is filed.

---

[1] The Court did not rule on Performance Solutions' claims against Israel Laufer because claims against him are automatically stayed due to his bankruptcy proceedings.  The stay of these claims does not impact Performance Solutions' claims against Tarter Krinsky or Tarter Krinsky's deadline to respond to Performance Solutions' claims.

The Clerk of Court is respectfully directed to terminate Dkt. No. 212.

Dated: April 10, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge